UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-10455-EEB |
| | ) | |
| VINCENT DANIEL VIGIL | ) | Chapter 13 |
| | ) | |
| **Debtor** | ) | |

## MOTION FOR POST-CONFIRMATION MODIFICATION

COMES NOW, the Debtor, through his attorney, Law Office of Christopher A. German, LLC, and moves this Court for an order allowing a post-confirmation modification of his plan, and as grounds therefore allege and state as follows:

1. That the Debtor filed for Chapter 13 bankruptcy relief on January 20, 2016.

2. That the Debtor's 2004 Acura RSX suffered damage and has been considered a total loss by his insurance company.

3. That the Debtor's 2004 Acura RSX has a secured lien held by creditor Bellco Credit Union. Bellco Credit Union is being payed as a Class 3 creditor through the Debtor's confirmed chapter 13 Plan dated March 29, 2016.

4. That the Acura was deemed a total loss and Debtor's primary insurance should satisfy the lien of Bellco Credit Union. The Debtor wishes to remove Bellco Credit Union from his plan minus the $396.00 of adequate protection already distributed to them.

5. That the Debtor will obtain a replacement vehicle and pay it outside the plan.

WHEREFORE, Debtor prays for an Order allowing the modification of his Plan dated August 15, 2016

DATED: August 15, 2016

By: _Christopher German_
Attorney registration number: 41206
Address: 3801 E Florida Ave Suite 400
Denver, CO 80210
Telephone number: 720.675.8070
E-mail: Chrisgermanlaw@gmail.com

1