**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>VINCENT DANIEL VIGIL,<br><br>Debtor. | Bankruptcy Case No. 16-10455 EEB<br><br>Chapter 13 |
| WHISPERING PINES OF DENVER,<br>Movant,<br><br>vs.<br><br>VINCENT DANIEL VIGIL,<br>and<br>Douglas B. Kiel, Chapter 13 Trustee,<br>Respondents. | |

**ORDER TO SUPPLEMENT STAY RELIEF STIPULATION**

THIS MATTER comes before the Court on the Motion to Approve Stipulation and/or Stipulation ("Stipulation"), filed by Whispering Pines of Denver, and the Court being otherwise advised in the premises hereby:

FINDS the Stipulation contemplates a substantial cure payment in addition to Debtor's regular plan payments. Accordingly, it is hereby

ORDERED that Debtor shall file a supplemental statement as to the source of funds for cure **no later than fourteen (14) days from the date of this Order**; failing which the Court will not approve the Stipulation.

DATED this 4th day of October, 2019.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge